lee75.ind2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 20 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JI EON LEE,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 08-00016<br><br>**INDICTMENT**<br><br>**CRIMINAL CONSPIRACY**<br>[18 U.S.C. §§ 2 & 371]<br><br>**FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**<br>[18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A)] |

THE GRAND JURY CHARGES:

### COUNT I - CRIMINAL CONSPIRACY

On or about January 27, 2005, within the District of Guam, the defendant herein, JI EON LEE, did willfully and knowingly combine, conspire, confederate and agree with Eun Young Lee and others, both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform at least an overt act for the purpose of carrying out the conspiracy,

to-wit: the submission of an application for a Guam driver's license, said application bearing a false Taxpayer Identification Number (TIN) 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,

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

**COUNT II - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT**

On or about January 27, 2005, in the District of Guam, the defendant herein, JI EON LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license # 1228107745, by means of a false Internal Revenue Service Taxpayer Identification Number (TIN) 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, and the production of said driver's license was in and affected interstate and foreign commerce.

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii) and 1028(c)(3)(A).

DATED this 20th day of FEBRUARY 08.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

Criminal Case Cover Sheet                                         U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00016**
Same Defendant ____X____ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: __X__ Yes _____ No

Defendant Name _____JI EON LEE_____

Alias Name _____

Address _____

_____

Birthdate __Xx/xx/__ SS# __xxx-xx-___ Sex ____ Race __A__ Nationality __Korean__

RECEIVED FEB 20 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA __Karon V. Johnson_____

Interpreter: ____ No __X__ Yes   List language and/or dialect: __Korean_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___ _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18 USC 371__ | Criminal Conspiracy | 1 |
| Set 2 __18 USC 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A)__ | Fraud in Connection with Identification Documents | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __2/20/08__   Signature of AUSA: __Karon V. Johnson__