(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney at law



**FILED**
DISTRICT COURT OF GUAM

FEB 2 2 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 08-00016 |
| Plaintiff, | ( ) | APPEARANCE |
| vs. | ( ) | |
| JI EON LEE | ( ) | |
| Defendant. | ( | |

------------

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for defendant.

    Dated at Hagåtña, Guam, this 22nd day of February, 2008.

                                                   _____
                                                   HOWARD TRAPP
                                                   For HOWARD TRAPP INCORPORATED
                                                   Attorney at law

(DOCUMENT\APPEAR.JLee)

ORIGINAL

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Mrs. Johnson's last known address, with a person in charge thereof, on February 22, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2008, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ