◆AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____GUAM_____

UNITED STATES OF AMERICA
V.

**FILED**
**DISTRICT COURT OF GUAM**

SUMMONS IN A CRIMINAL CASE

JI EON LEE

FEB 25 2008

db
**JEANNE G. QUINATA**
**Clerk of Court**

Case Number: CR-08-00016-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **3rd Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | **302** |
| | Date and Time |
| Before:    Honorable Joaquin V. E. Manibusan, Jr. | **Tuesday, February 26, 2008 at 10:15 a.m.** |

To answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1**

**Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A), Count 2**

**RECEIVED**

FEB 20 2008

**US MARSHALS SERVICE-GUAM**

ORIGINAL

_Signature: Marilyn B. Alcon_

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer       Signature of Issuing Officer

**February 20, 2008**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date   2/25/08 |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at:

USMS - [illegible]

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/25/08
        Date

[signature]
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.