# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00016      DATE: February 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 10:37:31 - 10:52:37
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Ji Eon Lee      Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Mr. Trapp requested to schedule trial date beyond the 70-day period proscribed under the speedy trial act. The court found that the ends of justice served by granting said request outweigh the best interests of the public and defendant in a speedy trial.
- Trial set for: June 9, 2008 at 9:30 a.m.
- Defendant released on bond.

NOTES: