

App.disclose

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 27 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00016 |
| Plaintiff, | UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION |
| vs. | |
| JI EON LEE, | |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing the government to disclose certain records obtained from the Internal Revenue Service (IRS). On November 21, 2006, the court issued an Order, Misc. Case No. 06-00033, directing the IRS to disclose to the U.S. Attorney's Office any information it held on Taxpayer Identification Number XXX-XX-7064, among others. Defendant Lee was indicted in the above-entitled matter on February 20, 2009, and made her initial appearance February 26, 2008. She is represented by Howard Trapp. The government seeks permission to release the IRS data concerning the TINs which were the subject of this order, so that Mr. Trapp can evaluate the strength of the government's case. The release of such information is allowed by Title 26, United States Code, § 6103((i)(4)(A)(i) as information

-1-

"probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party."

Respectfully submitted this 27th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

-2-