**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-08-00016-001　　　　　　　　　　　　DATE: June 02, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　Electronically Recorded: 9:52:55 - 10:15:25
　　　　　　　　　　　　　　　　　　　(Sidebar - 10:08:55 - 10:14:00)

---

**APPEARANCES:**

Defendant: Ji Eon Lee　　　　　　　　　　Attorney: Howard Trapp
☑ Present ☐ Custody ☑ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung W. Yoon　　　　　　　　Language: Korean

---

**PROCEEDINGS: Pretrial Conference and Hearing on All Motions**

- The court found that the ends of justice are served by continuing the trial and outweighs the best interest of the public and the defendant in a speedy trial - oral motion by defense counsel - granted. Time excluded: 6/2/2008 to 8/12/2008.
- Trial documents due by June 23, 2008.
- Pretrial Conference rescheduled to August 7, 2008 at 1:00 P.M.
- Trial continued to: August 12, 2008 at 9:00 A.M.
- Court to re-adjust trial scheduling order and re-issue.
- Defendant released as previously ordered.

NOTES: