Lee75Brady

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATE NOTICE OF** |
| | ) | **BRADY MATERIALS** |
| JI EON LEE, | ) | |
| | ) | |
| Defendant. | ) | |

The witnesses listed below have pled guilty to charges arising out of, or related, to the charges in the above-entitled cause:

1) Dong Sik JUNG          Cr. No. 06-00074

2) Eun Young Lee          Cr. No. 08-00004

Respectfully submitted this ___ day of July, 2008.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and NMI

By:   /s/ Karon V. Johnson
        KARON V. JOHNSON
        Assistant U.S. Attorney

1