1  Lee75.Exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam  96910
Telephone:  (671) 472-7332
Telecopier:  (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES EXHIBIT LIST** |
| JI EON LEE, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this  9th  day of July, 2008.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and CNMI

                             By:   /s Karon V. Johnson
                                  KARON V. JOHNSON
                                  Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | Licenses issued 1/01/02-1/18/06 by ITIN designation | _____ | _____ |
| 3) | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 | _____ | _____ |
| 4) | Photographs of meeting at MVD, Mike Park, Sang Mee Chun, and Eun Young Lee 3/29/05 | _____ | _____ |
| 5) | Redacted IRS document concerning the person holding ITIN ███ | _____ | _____ |
| 6) | MVD file of Ji Eon LEE | _____ | _____ |