Lee75.ver

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00016 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **UNITED STATES PROPOSED** |
| ) | **VERDICT FORM** |
| JI EON LEE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States and provides the proposed Verdict Forms for use concerning the defendant listed above.

Respectfully submitted this 9th day of July, 2008.

                      LEONARDO M. RAPADAS
                      United States Attorney
                      Districts of Guam and NMI

              By:   /s/ Karon V. Johnson
                    KARON V. JOHNSON
                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES PROPOSED** |
| vs. | ) | **VERDICT FORM** |
| | ) | |
| JI EON LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JI EON LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

    /   /     NOT GUILTY

    /   /     GUILTY

**COUNT II - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JI EON LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

    /   /     NOT GUILTY

    /   /     GUILTY

DATED this _____ of August, 2008, at Hagatna, Guam.

                                                                                       FOREPERSON