Lee75.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES WITNESS LIST** |
| JI EON LEE, | ) | |
| Defendant. | ) | |

    COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

    Respectfully submitted this   9th   day of July, 2008.

                                                      LEONARDO M. RAPADAS
                                                    United States Attorney
                                                    Districts of Guam and CNMI

                             By:    /s/ Karon V. Johnson
                                    KARON V. JOHNSON
                                    Assistant U.S. Attorney

-1-

WITNESS LIST

1) Francine Prince Jones
   Chief, ITIN Program Office
   Internal Revenue Service, Atlanta

2) Jason Ferguson
   Special Agent
   Federal Bureau of Investigation

3) Kenneth Klocke
   Special Agent
   Federal Bureau of Investigation

4) Frank Blas
   Acting Administrator, MVD
   Guam Revenue & Taxation

5) Christine San Agustin
   Systems Analyst, MVD
   Guam Revenue & Taxation

6) Kwang Ho (Mike) Park

7) Dong Sik Jung

8) Richard Flores
   Special Agent
   Immigration & Customs Enforcement

9) Eun Young (Ina) Lee