LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| JI EON LEE, | ) | |
| Defendant. | ) | |

I hereby certify that on July 10, 2008, I electronically filed the following documents: United States Notice of Brady Materials, Exhibit List, Proposed Verdict Form, Witness List, and Proposed Jury Instructions with the Clerk of Court using the CM/ECF system, and I hereby certify that on July 10, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document(s) to the following non-registered participant:

    Howard Trapp
    200 Saylor Bldg.
    139 Chalan Santo Papa
    Hagatna, Guam 96910

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

                                By:   /s/ Karon V. Johnson
                                       KARON V. JOHNSON
                                       Assistant U.S. Attorney