HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Attorney for Defendants

**FILED**
DISTRICT COURT OF GUAM

JUL 29 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 08-00016 |
| Plaintiff, | ( ) | PROPOSED VERDICT FORMS |
| vs. | ( ) | |
| JI EON LEE, | ( ) | |
| Defendant. | ( ) | |

------------

Defendant respectfully proposes the verdict forms hereto annexed.

Dated, Hagåtña, Guam,

July 29, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCUMENTS/VerdictForms.JELee)

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00016 |
| Plaintiff, | ) | <u>V E R D I C T</u> |
| vs. | ) | (COUNT I) |
| JI EON LEE, | ) | |
| Defendant. | ) | |

------------

We, the jury in the above entitled case, unanimously find defendant, JI EON LEE,

☐ NOT GUILTY

☐ GUILTY

of the offense of conspiracy to commit the offense of causing the production of an identification document without lawful authority, as charged in Count I of the indictment.

Dated: _____ .

_____
**FOREPERSON**

## DISTRICT COURT OF GUAM

------------

| UNITED STATES OF AMERICA, | ( | Criminal Case No. 08-00016 |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ( | **VERDICT** |
| | ) | |
| vs. | ( | (COUNT II) |
| | ) | |
| JI EON LEE, | ( | |
| | ) | |
| Defendant. | ( | |

------------

We, the jury in the above entitled case, unanimously find defendant,

JI EON LEE,

☐ NOT GUILTY

☐ GUILTY

of the offense of causing the production of an identification document without lawful authority, as charged in Count II of the indictment.

Dated: _____.

_____
**FOREPERSON**

# DECLARATION OF SERVICE

I, Joice E. Tevid, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on July 29, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2008 at Hagåtña, Guam.

_____
JOICE E. TEVID