(ryu)
HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM
AUG 0 6 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 08-00016 |
| Plaintiff, | ) ( | ERRATUM |
| vs. | ) ( ) | |
| JI EON LEE, | ( ) | |
| Defendant. | ( | |

For "Instruction No. 9: 1 Leonard B. Sand, et al., *Modern Federal Jury Instructions* Instruction 11—2 (2007)" on page ii of the Superseding Request for Jury Instructions served and filed in this proceeding on July 29, 2008, read "Instruction No. 9: Leonard B. Sand, et al., *Modern Federal Jury Instructions* Instruction 11—3 (2007)."

Dated, Hagåtña, Guam,

August 5, 2008.

/s/ HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOC/TrlDocs/Erratum.JuryInst.JELee)

## DECLARATION OF SERVICE

I, Joice E. Tevid, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 6, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2008 at Hagåtña, Guam.

_____
JOICE E. TEVID