(jet)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

AUG 0 6 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-00016 |
| Plaintiff, | REQUEST FOR ADDITIONAL JURY INSTRUCTIONS |
| vs. | |
| JI EON LEE, | |
| Defendant. | |

Defendant respectfully requests that the Court instruct the jury on the law as set forth in the additional jury instructions hereto annexed.

Dated, Hagåtña, Guam,

August 5, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOC/TrlDocs/Addtnl.JuryInst.JELee)

**ORIGINAL**

# INDEX

Instruction No. 12: Mere Presence . . . . . . . . . . . . . . . . . . . . . . . . . 1

Instruction No. 13: Jury To Be Guided By Official
    English Interpretation . . . . . . . . . . . . . . . . . . . . . . . . . 2

Instruction No. 14: Impeachment Evidence—Witness Dong Sik Jung . . . . . 3

Instruction No. 15: Testimony of Witness Dong Sik Jung
    Involving Special Circumstances—Benefits, Accomplice, and Plea . . . 4

Instruction No. 16: Impeachment Evidence—Witness Eun Young Lee . . . . . 5

Instruction No. 17: Testimony of Witness Eun Young Lee
    Involving Special Circumstances—Immunity, Accomplice, and Plea . . 6

# AUTHORITIES

Instruction No. 12: Ninth Circuit Committee on Model Jury Instructions, *Manual of Model Criminal Jury Instructions for the Ninth Circuit* Instruction 6.9 (current ed.).

Instruction No. 13: Ninth Circuit Committee on Model Jury Instructions, *Manual of Model Criminal Jury Instructions for the Ninth Circuit* Instruction 3.20 (current ed.).

Instruction No. 14: Ninth Circuit Committee on Model Jury Instructions, *Manual of Model Criminal Jury Instructions for the Ninth Circuit* Instruction 4.8 (current ed.).

Instruction No. 15: Ninth Circuit Committee on Model Jury Instructions, *Manual of Model Criminal Jury Instructions for the Ninth Circuit* Instruction 4.9 (current ed.).

Instruction No. 16: Ninth Circuit Committee on Model Jury Instructions, *Manual of Model Criminal Jury Instructions for the Ninth Circuit* Instruction 4.8 (current ed.).

Instruction No. 17: Ninth Circuit Committee on Model Jury Instructions, *Manual of Model Criminal Jury Instructions for the Ninth Circuit* Instruction 4.9 (current ed.).

## INSTRUCTION NO. 12

## MERE PRESENCE

Mere presence at the scene of a crime or mere knowledge that a crime is being committed is not sufficient to establish that the defendant committed the crime of causing the production of an identification document without lawful authority, unless you find that the defendant was a participant and not merely a knowing spectator. The defendant's presence may be considered by the jury along with other evidence in the case.

1

# INSTRUCTION NO. 13

## JURY TO BE GUIDED BY OFFICIAL
## ENGLISH INTERPRETATION

A language other than English has been used during this trial. The evidence you are to consider is only that provided through the official court interpreters. Although some of you may know the non-English language used, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English interpretation. You must disregard any different meaning of the non-English words.

2

# INSTRUCTION NO. 14

## IMPEACHMENT EVIDENCE—WITNESS DONG SIK JUNG

You have heard evidence that Dong Sik Jung, a witness, has been convicted of a felony. You may consider this evidence, along with other pertinent evidence, in deciding whether or not to believe this witness and how much weight to give the testimony of this witness.

3

# INSTRUCTION NO. 15

## TESTIMONY OF WITNESS DONG SIK JUNG INVOLVING SPECIAL CIRCUMSTANCES— BENEFITS, ACCOMPLICE, AND PLEA

You have heard testimony from witness Dong Sik Jung, a witness—

Who received benefits and favored treatment from the government in connection with this case;

Who admitted being an accomplice to the crime charged. An accomplice is one who voluntarily and intentionally joins with another person in committing a crime; and

Who pleaded guilty to a crime arising out of the same events for which the defendant is on trial. The guilty plea is not evidence against the defendant, and you may consider it only in determining Dong Sik Jung's believability.

For the foregoing reasons, in evaluating Dong Sik Jung's testimony, you should consider the extent to which or whether Dong Sik Jung's testimony may have been influenced by any of these factors. In addition you should examine Dong Sik Jung's testimony with greater caution than that of other witnesses.

4

# INSTRUCTION NO. 16

## IMPEACHMENT EVIDENCE—WITNESS EUN YOUNG LEE

You have heard evidence that Eun Young Lee, a witness, has been convicted of a felony. You may consider this evidence, along with other pertinent evidence, in deciding whether or not to believe this witness and how much weight to give to the testimony of this witness.

# INSTRUCTION NO. 17

## TESTIMONY OF WITNESS EUN YOUNG LEE INVOLVING SPECIAL CIRCUMSTANCES— IMMUNITY, ACCOMPLICE, AND PLEA

You have heard testimony from Eun Young Lee, a witness—

Who received immunity. The testimony was given in exchange for a promise by the government that the testimony will not be used in any case against Eun Young Lee;

Who admitted being an accomplice to the crime charged. An accomplice is one who voluntarily and intentionally joins with another person in committing a crime; and

Who pleaded guilty to a crime arising out of the same events for which the defendant is on trial. The guilty plea is not evidence against the defendant, and you may consider it only in determining Eun Young Lee's believability.

For the foregoing reasons, in evaluating Eun Young Lee's testimony, you should consider the extent to which or whether Eun Young Lee's testimony may have been influenced by any of these factors. In addition, you should examine Eun Young Lee's testimony with greater caution than that of other witnesses.

6

## DECLARATION OF SERVICE

I, Joice E. Tevid, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 6, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2008 at Hagåtña, Guam.

_____
JOICE E. TEVID