# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# PRETRIAL CONFERENCE

CASE NO.: CR-08-00016-001     DATE: August 07, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 1:31:44 - 1:56:41

**APPEARANCES:**

Defendant: Ji Eon Lee                Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson         U.S. Agent:
U.S. Probation: None Present
Interpreter: Sung Woo Yoon                        Language: Korean

**PROCEEDINGS: Pretrial Conference**
- Juror listing to be provided to parties.
- Court's standard opening and closing instructions provided to the parties.
- Jury selection to commence on 8/11/2008 at 1:30 PM
- Defendant released as previously ordered.

NOTES: