EYLee.Brady

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
AUG 0 8 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00016 |
| Plaintiff, | |
| vs. | **UNITED STATE SECOND NOTICE OF BRADY MATERIALS** |
| JI EON LEE, | |
| Defendant. | |

Eun Young Lee has received a grant of immunity to testify in the above entitled matter, as reflected in the letter of Deputy Assistant Attorney General Barry Sabin, attached hereto.

Respectfully submitted this 8th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

1



U.S. Department of Justice

Criminal Division

*Office of the Assistant Attorney General*     Washington, DC 20530-0001

AUG - 1 2008

The Honorable Leonardo M. Rapadas
United States Attorney
District of Guam
Hagatna, Guam 96910

Attention:    Karon V. Johnson
             Assistant United States Attorney

Re:    United States v. Ji Eon Lee

Dear Mr. Rapadas:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Guam for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Eun Young Lee to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Matthew W. Friedrich
Acting Assistant Attorney General

Barry Sabin
Deputy Assistant Attorney General
Criminal Division