**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-08-00016      DATE: August 11, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 2:08:25 - 3:54:42

---

**APPEARANCES:**

Defendant: Ji Eon Lee      Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon      Language: Korean

---

**PROCEEDINGS: Jury Selection**
- Voir dire begun.
- Voir dire held.
- Jury empaneled.
- Trial to commence after trial in CR-07-00075. Court to inform parties 24 hours prior to commencement.

NOTES: Carlos Taitano, defense investigator, also seated at defense table.