

EYLee.Brady

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 13 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00016 |
| Plaintiff, ) | UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION |
| vs. ) | |
| JI EON LEE, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing the government to disclose during the pending trial, certain records obtained from the Internal Revenue Service (IRS) concerning individual taxpayer identification number (ITIN) 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. During the course of an extensive investigation, the United States applied for orders authorizing the IRS to disclose certain taxpayer identification information, as authorized by 26 U.S.C. § 6103(i)(1). On February 3, 2006, the court issued an Order, Misc. Case No. 06-00001, directing the IRS to disclose to the U.S. Attorney's Office any information it held on 64 specifically ITINs. On June 20, 2006, the court issued an Order, Misc. Case No. 06-00017, directing the IRS to disclose to the U.S.

-1-

Attorney's Office any information it held on 25 specifically identified ITINs. On November 21, 2006, the court issued an Order, Misc. Case No. 06-00033, directing the IRS to disclose to the U.S. Attorney's Office any information it held on ten specifically identified ITINs. The ITIN which is the subject of this motion was #8 in that list. The United States respectfully requests that this Honorable Court incorporate in this motion the above referenced United States applications and court orders in Misc. Case Nos. 06-00001, 06-00017, and 06-00033. Pursuant to these orders, the U.S. Attorney's Office received records concerning the legitimacy of the ITINs named in the above-referenced orders.

Defendant Ji Eon Lee is charged with Criminal Conspiracy in violation of 18 U.S.C. § 371, and Fraud in Connection with an Identification Document in violation of 18 U.S.C. § 1028(a)(1). The charges concern defendant's use of a fraudulent ITIN to obtain a Guam driver's license on January 27, 2005. Trial in this matter is tentatively set for Thursday, August 14, 2008. One of the elements the government must prove is that the Guam license was issued unlawfully to defendant, i.e., that the ITIN she used in her application had not been assigned to her by the IRS. It will be necessary to introduce the IRS tax records which reflect that another person had been assigned this particular ITIN.

The release of such information is authorized by Title 26, United States Code, § 6103(h)(4)(B), which allows the disclosure of return or return information in a Federal judicial proceeding if the treatment of an item reflected on such return is directly related to the resolution of an issue in the proceedings, and by § 6103(i)(4)(A)(i), which allows disclosure of information

//
//
//
//
//
//

"probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party."

Respectfully submitted this 12th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney