```
 1  JELee.Exh
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  KARON V. JOHNSON
    Assistant U.S. Attorney
 4  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 5  Hagatna, Guam  96910
    Telephone:  (671) 472-7332/7283
 6  Telecopier:  (671) 472-7334
    Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.   08-00016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES AMENDED** |
| | ) | **EXHIBIT LIST** |
| JI EON LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States and hereby files with the Court an amended list of proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this  14th  day of August, 2008.

                                         LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and CNMI

                        By:     /s/ Karon V. Johnson
                                 KARON V. JOHNSON
                                 Assistant U.S. Attorney

1

**UNITED STATES' EXHIBIT LIST**

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | MVD Computer runs concerning driver's licenses issued to Ji Eon Lee and Dong Sik Jung | _____ | _____ |
| 3) | Original Form 8944 ITIN notice issued by IRS until 2004 | _____ | _____ |
| 4) | Fraudulent ITIN letter produced by Eun Young Lee for Sang Ho Kim | _____ | _____ |
| 5) | Redacted IRS document concerning the person holding ITIN ■■■■■ | _____ | _____ |
| 6) | Fraudulent ITIN letter produced by Eun Young Lee for Sang Mee Chun | _____ | _____ |
| 7) | Fraudulent ITIN letter produced by Eun Young Lee for Jae Hoan Seok | _____ | _____ |
| 8) | MVD application for Ji Eon Lee | _____ | _____ |
| 9) | MVD application for Jung Dong Sik | _____ | _____ |
| 10) | Driver's license of Ji Eon Lee | _____ | _____ |
| 11) | Declaration of Francine J. Prince, IRS | _____ | _____ |

2