Lee75.imm

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES MOTION FOR** |
| | ) | **ORDER COMPELLING TESTIMONY** |
| JI EON LEE, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby moves this Honorable Court for an order pursuant to 18 U.S.C. §§6002 and 6003 to compel the testimony of Eun Young Lee in the trial of the above-entitled matter. The government has obtained the approval of Deputy Assistant Attorney General Barry Sabin for this motion, as reflected in the United States Second Notice of Brady Materials filed August 8, 2008. Eun Young Lee's testimony is necessary to the public interest, in that she has pled guilty to the same charges which are pending against defendant, and was the person who received money to help defendant obtain her Guam driver's license. Mr. Richard Arens, counsel for Eun Young Lee, has requested that the government obtain such an order to protect his client's interests. The government believes she is likely to refuse to testify //

//

1

without it. Thus, the government believes the requirements of 18 U.S.C. § 6003(b) have been met in this case and an order should issue accordingly.

Respectfully submitted this  15th  day of August, 2008.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and NMI

                                    By:     /s/ Karon V. Johnson
                                                 KARON V. JOHNSON
                                                 Assistant U.S. Attorney