LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JI EON LEE, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 08-00016 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on August 15, 2008, I electronically filed United States' Proposed Jury Instruction on Guam Law with the Clerk of Court using the CM/ECF system, and I hereby certify that on August 15, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document(s) to the following non-registered participants: Howard Trapp, Esq., Howard Trapp Incorporated, Suite 200, Saylor Building, 139 Chalan Santo Papa Hagatna, GU 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI


By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney