CASE NO.: CR-08-00016-001   DATE: August 15, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded:   9:13:24 - 10:15:22
  10:58:51 - 11:53:58

**APPEARANCES:**

Defendant: Ji Eon Lee   Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.   ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson   U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon   Language: Korean

**PROCEEDINGS: Jury Trial - Day 2**
- Defense presents his objections to the admission of evidence.
- Jurors excused for the day in order for the parties to continue arguments on pending matters. Jurors to report by 8:45 AM, Monday, 8/18/08.
- After discussion, Government to file revised jury instruction by 8/15/08. Defense may file objection to revised instruction by 8/18/08 at 4:00 PM; Government's response due: 8/19/08 by 12:00 PM; Hearing set for 8/20/08 at 1:00 PM
- Trial to commence: 8/21/2008 at 9:00 AM

NOTES: Court to contact jurors to be on stand-by for trial to start 8/21/2008 at 9:00 AM - jurors to report by 8:30 AM.