(ryu)



FILED
DISTRICT COURT OF GUAM

AUG 1 8 2008

JEANNE G. QUINATA
Clerk of Court

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 08-00016 |
| Plaintiff, | ( ) | OBJECTION TO U.S. PROPOSED JURY INSTRUCTION ON GUAM LAW |
| vs. | ( ) | |
| JI EON LEE, | ( ) | |
| Defendant. | ( ) | |

------------

Defendant objects to the Government's proposed jury instruction on Guam law.

The Government asks the court to instruct that it "has taken judicial notice of certain Guam statues." (U.S. Proposed Jury Instruction on Guam Law 1 (filed Aug. 15, 2008).) This is surplusage. The Court always instructs that "it is my duty to instruct you on the law which applies to this case." (Ninth Circuit

(OBJECTION TO U.S. PROPOSED JURY INSTRUCTION ON GUAM LAW)
Criminal Case No. 08-00016

Committee on Model Jury Instructions, *Manual of Model Jury Instructions for the Ninth Circuit* Instruction 3.1 (current ed.).)

"To demonstrate unlawfulness, it is necessary that the jury be instructed by the district court that particular conduct would have violated a specific law." (*United States v. Rohn*, 964 F.2d 310, 314 (4th Cir. 1992).)

The Government does not propose an instruction that particular conduct would have violated a specific law. The Government's proposed jury instruction on Guam law does not even pretend to do this.

The particular conduct would be the use of a false Internal Revenue Service Taxpayer Identification Number. (Indictment (filed Feb. 20, 2008).) Because the particular conduct would be the use of a false Internal Revenue Service Taxpayer Identification Number, the specific law would be one requiring the use of a valid Internal Revenue Service Taxpayer Identification Number.

There is no law requiring the use of a valid Internal Revenue Service Taxpayer Identification Number.

Government Exhibit 1 states at p. 1—14, "[A]nyone who refuses to provide his or her social security number shall be refused the issuance of either his

2

or her driver's license . . . ." Government Exhibit 1 states at p. 1—21, "Individuals applying for a Guam Driver's License, who do not have and are not eligible to get a Social Security Number, may use an Individual Taxpayer Identification Number to fulfill the requirement of having a social security number." True copies of pp. 1—14 and 1—21 of Government Exhibit 1 are hereto annexed and hereby adopted by this reference thereto and for all purposes made a part of this document.

Pp. 1—14 and 1—21 of Government Exhibit 1 are rules:

> The word "rule" means any rule, regulation, standard, classification, procedure or requirement of any agency designed to have or having the effect of law or interpreting, supplementing or implementing any law enforced or administered by it, including any regulation under which the agency makes charges for services it provides, or to govern its organization or procedure, but does not include regulations, resolutions or directions relating solely to internal policy, internal agency organization or internal procedure which do not directly affect the rights of or procedures available to the public and does not include administrative adjudication.

(5 Guam Code Ann. § 9107.)

Guam agencies must follow the rule-making requirements and procedures of Guam's Administrative Adjudication Law. (5 Guam Code Ann. §§

3

9107, 9300-9303, 9311.) 5 Guam Code Ann. §9300 provides, "It is the intent of the Legislature to establish a uniform method of making, adopting, promulgating, filing and publishing rules by all agencies of this Territory, to permit public participation therein and provide a method of making rules readily accessible to the public." 5 Guam Code Ann. § 9301(a) provides, "Before any rule is adopted, amended, rescinded or repealed by any agency it shall cause a notice to be published in a newspaper of general circulation in the territory of Guam," etc. Neither p. 1—14 nor p. 1—21 of Government Exhibit 1 complies with these or any rule-making requirement or procedure of Guam's Administrative Adjudication Law. (5 Guam Code Ann. §§ 9107, 9300-9303, 9311.)

The Court must refuse the Government's proposed jury instruction on Guam law.

Dated at Hagåtña, Guam, this 18th day of August, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOC/ObjUSJuryInstGmLaw.JELee)

4



# DEPARTMENT OF
# REVENUE & TAXATION
GOVERNMENT OF GUAM

JOSEPH F. A.
Governor

FRANK F. BL.
Lieutenant Gov

JOAQUIN G. BLAZ, Director • V.M. CONCEPCION, Deputy

DEC 2 7 1989

MEMORANDUM:

TO: Employees, Motor Vehicle Division

FROM: Director's Assistant

SUBJECT: Disclosure of Social Security Numbers

Please read the attached Attorney General's Opinion regarding the prerequisite of the disclosure of social security number.

I requested for this opinion to avoid the problem we had with a Mrs. Linda R. Ahlgreen who refused to disclose her social security number when applying for her driver's license.

With this Attorney General's Opinion, anyone who refuses to provide his or her social security number shall be refused the issuance of either his or her driver's license or vehicle registration.

The Department will be issuing an official and formal policy on this subject within the next few days. Our Director is Off-island at this time.

The attached copy is for your permanent file and for your references.

Thank you.

JOAQUIN L.G. DIEGO

Case 1:08-cr-00016    Document 39    Filed 08/18/2008    Page 5 of 7

1-14

**Dipåttamenton Kontribusion yan Adu'ånå**
# DEPARTMENT OF
# REVENUE AND TAXATION
**GOVERNMENT OF GUAM** — Gubetnamenton Guåhan

FEB 05 1999

MEMORANDUM

To: Administrator, Motor Vehicle Division

From: Director

Subject: Requirement for Driver's License

Individuals applying for a Guam Driver's License, who do not have and are not eligible to get a Social Security Number, may use an Individual Taxpayer Identification Number to fulfill the requirement of having a social security number.

JOSEPH T. DUENAS

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 18, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2008 at Hagåtña, Guam.

_____
REINA Y. URBIEN