# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00016　　　　　　　　　　　　DATE: August 21, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　　Electronically Recorded: 8:42:02 - 9:38:40

**APPEARANCES:**

Defendant: Ji Eon Lee　　　　　　　　　　　　Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter: Sung Woo Yoon　　　　　　　　　Language: Korean

**PROCEEDINGS: Defendant's Objection to U.S. Proposed Jury Instruction on Guam Law**

- Issue of Objection to U.S. Proposed Jury Instruction on Guam Law <u>under advisement</u>.
- Jurors to remain on call.
- The Court allowed the government's interpreter, Ms. Thompson, to appear telephonically.
- Defendant to remain in custody.

NOTES: The Court informed parties that a juror was permitted to leave island to attend a funeral for a family member. No objection.