# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JI EON LEE, | ) | |
| Defendant. | ) | |

This matter comes before the court pursuant to the request of the United States regarding certain jury instructions on Guam law. Defendant Ji Eon Lee objects to these instructions.

The court hereby **ORDERS** that the parties submit additional briefing on the following issues:

1. Whether Defendant's alleged knowing and intended unlawful use of the Internal Revenue Service Taxpayer Identification Number would have violated Guam or federal law, and if so, which law(s);

2. Whether Defendant could have been tried in local court; and

3. Whether, in obtaining a Guam Driver's License, presenting a Social Security Number is required by Guam or federal law, and if so, which law(s).

Memoranda are due Friday, September 5, 2008 at 12:00 noon.

**IT IS SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 02, 2008**