HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

SEP 12 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 08-00016 |
| Plaintiff, | ( ) | MOTION BY DEFENDANT TO DISMISS THE INDICTMENT |
| vs. | ( ) | |
| JI EON LEE, | ( ) | |
| Defendant. | ( ) | |

------------

Defendant moves that the indictment be dismissed on the ground that it does not state facts sufficient to constitute an offense against the United States.

Dated, Hagåtña, Guam,

September 12, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCS/MOTIONS/DismissIndictment.JELee)

## DECLARATION OF SERVICE

I, Joice E. Tevid, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on September 12, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2008 at Hagåtña, Guam.

_____
JOICE E. TEVID