HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Attorney for Defendant



**FILED**
DISTRICT COURT OF GUAM

SEP 1 2 2008 P.O.

**JEANNE G. QUINATA**
**Clerk of Court**

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 08-00016 |
| | ) | |
| Plaintiff, | ( | OBJECTION BY DEFENDANT TO |
| | ) | ADMISSION OF GOVERNMENT |
| vs. | ( | EXHIBIT 1 |
| | ) | |
| JI EON LEE, | ( | |
| | ) | |
| Defendant. | ( | |
| | ) | |

------------

Defendant objects to the admission of Government Exhibit 1 on the

ground that it has no tendency to make the existence of any fact that is of

consequence to the determination of this action more probable or less probable than

--------------------

it would be without the exhibit.

Dated, Hagåtña, Guam,

September 12, 2008.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCS/ObjAdmissGovEx1.JELee)

2

## DECLARATION OF SERVICE

I, Joice E. Tevid, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on September 12, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2008 at Hagåtña, Guam.

_____
JOICE E. TEVID