(jet)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Attorney for Defendant


FILED
DISTRICT COURT OF GUAM

SEP 1 2 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 08-00016 |
| Plaintiff, | ) ( ) | MEMORANDUM IN SUPPORT OF MOTION BY DEFENDANT |
| vs. | ( ) | TO DISMISS THE INDICTMENT AND OBJECTION BY DEFEN- |
| JI EON LEE, | ( ) | DANT TO ADMISSION OF GOVERNMENT EXHIBIT 1 |
| Defendant. | ( ) | |

Whether there was unlawfulness in using a false TIN is irrelevant. There was no unlawfulness in producing the driver's license without a TIN. The alleged unlawfulness of Defendant's conduct did not consist of using a false TIN in violation of 16 Guam Code Ann. § 3101(f)(12) or 16 Guam Code Ann. § 3109(f). The alleged unlawfulness of Defendant's conduct consisted of causing the Department of Revenue and Taxation to produce an identification document without

(MEMORANDUM IN SUPPORT OF MOTION BY DEFENDANT TO DISMISS THE INDICTMENT, ETC.)
Criminal Case No. 08-00016

lawful authority in violation of 18 U.S.C. § 2(b) and 18 U.S.C. § 1028(a)(1) and conspiring to cause the Department of Revenue and Taxation to produce an identification document without lawful authority in violation of 18 U.S.C. § 371 and 18 U.S.C. § 2(b) and 18 U.S.C. § 1028(a)(1). **Defendant's alleged use of a false TIN could not have caused the Department of Revenue and Taxation to produce a driver's license without lawful authority.** There was no lawful authority—no statue or regulation—requiring a TIN. There was no requirement—no statute or regulation—that had not been fulfilled. To paraphrase 16 Guam Code Ann. § 3101(f)(12)—no TIN was "necessary to determine whether [Defendant was] entitled to a license."

    Dated, Hagåtña, Guam,

      September 12, 2008.

        Respectfully submitted,

        _____
        HOWARD TRAPP
        For HOWARD TRAPP INCORPORATED
        Attorney for Defendant

(DOCUMENTS/MEMORANDUM.JELee)

2

## DECLARATION OF SERVICE

I, Joice E. Tevid, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on September 12, 2008, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2008 at Hagåtña, Guam.

_____
JOICE E. TEVID